UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY M. FRIEND,<br><br>       Plaintiff,<br><br>   v.<br><br>P. JOHNSON, et al.,<br><br>       Defendants. | Case No.: 1:15-cv-00267-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION AND MOTION INFORMATION REGARDING REMAINING BALANCE OF FILING FEE<br><br>[ECF Nos. 9, 10] |

Plaintiff Johnny M. Friend is a prisoner in the custody of the Federal Bureau of Prisons ("BOP"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

On June 26, 2015, Plaintiff filed a motion for clarification regarding his Bivens complaint and a separate motion for information regarding the balance of the filing fee owed in this action. (ECF Nos. 9, 10.)

**I.      Motion for Clarification Regarding Bivens Complaint**

Plaintiff contends on February 20, 2015, he filed two civil rights complaints, one relating to the access to the courts and the other regarding deliberate indifference to his medical care. Plaintiff contends that when he received copies relating to the instant case, he also received a stamped filed copy of the complaint regarding the deliberate indifference claim with the same case number as the

1

instant action.  However, Plaintiff has not received any other information regarding the deliberate indifference claim.

Plaintiff is advised that the only complaint received by the Court is the original complaint filed in this action on February 20, 2015, and addressed in the Court's June 8, 2015, screening order.  (ECF No. 7.)  The complaint relates only to the issue of access of the courts.

### II.     Motion for Information Regarding Balance of Filing Fee

Plaintiff seeks the remaining balance of the filing fee for this action.  Plaintiff is advised that the remaining balance due on the $350.00 filing fee is $197.95.

Based on the foregoing, Plaintiff's motion for clarification and motion for information regarding the balance of the filing fee shall be termed as addressed herein.

IT IS SO ORDERED.

Dated:   **July 1, 2015**

UNITED STATES MAGISTRATE JUDGE